IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NICHOLAS STEVEN CAPELLA,<br><br>Defendant. | CR 23-59-BLG-SPW<br><br><br>ORDER |

Pending before the Court is the United States' Unopposed Motion to Dismiss the Forfeiture Allegation of the Indictment (Doc. 32). For good cause being shown,

IT IS HEREBY ORDERED that the United States' Unopposed Motion to Dismiss the Forfeiture Allegation is **GRANTED**.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 20th day of October, 2023.

SUSAN P. WATTERS
United States District Judge

1